UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric Terrell, : | |
| : | Civil Action No.: 1:10-cv-12007-GAO |
| Plaintiff, : | |
| v. : | |
| : | |
| Leading Edge Recovery Solutions, LLC; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

Eric Terrell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 16, 2011

                                                              Respectfully submitted,

                                                              By: /s/ Sergei Lemberg

                                                              Sergei Lemberg, Esq.
                                                              BBO No.: 650671
                                                              Lemberg & Associates L.L.C.
                                                              1100 Summer Street, 3rd Floor
                                                              Stamford, CT 06905
                                                               Telephone: (203) 653-2250
                                                               Facsimile:  (877) 795-3666
                                                               Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Sergei Lemberg

                                              Sergei Lemberg